SETH T. COHEN (S.B. #223716)
 scohen@colawnm.com
COHEN LAW FIRM, LLC
316 E. Marcy Street
Santa Fe, NM 87501
Telephone: (505) 466-5392
Facsimile: (505) 395-7540

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROMA MIKHA, INC., | Case No. 8:22-cv-1187 |
|---|---|
| Plaintiff, | **COMPLAINT** |
| v. | |
| SOUTHERN GLAZER'S WINE AND SPIRITS, LLC, | |
| Defendant. | |

Plaintiff Roma Mikha, Inc. alleges as follows:

## JURISDICTIONAL STATEMENT

1. The Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) because Plaintiff and Defendant are citizens of different states, and the amount in controversy exceeds $75,000.

2. The Court has supplemental jurisdiction of Plaintiff's state-law claims pursuant to 28 U.S.C. § 1367.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because Plaintiff is a citizen of California with its principal place of business in this district.

4. This case is properly assigned to the Southern Division of this district pursuant to General Order No. 349 because Plaintiff is located in Newport Beach.

## PARTIES

5. Plaintiff Roma Mikha, Inc. does business as Newport Wine & Spirits, and is a California corporation with its principal place of business in Orange County, California.

6. Defendant Southern Glazer's Wine and Spirits, LLC ("Southern") is a Delaware Corporation with its principal place of business in Miami, Florida.

## FACTUAL ALLEGATIONS

### Plaintiff's Business

7. Plaintiff operates a liquor store in Newport Beach, from which it sells liquor and assorted other beverages and consumer packaged goods. Plaintiff purchases the majority of the liquor it sells directly from Southern, which is the exclusive California distributor of hundreds of types of liquor, including such mainstays as Hennessy, Tanqueray, Bacardi, Captain Morgan, Grey Goose, Jameson, and Johnnie Walker.

8. Plaintiff purchases liquor directly from Southern and sells it to end consumers. The bottles Plaintiff purchases from Southern are identical to the

bottles that Southern sells to Plaintiffs' competitors, such as Ralph's, CVS, Rite-Aid, and various other grocery and drug stores.

9. Southern gives secret allowances and payments to Plaintiff's competitors that it withholds from Plaintiff. Those allowances include favorable pricing and discounts. Southern also affords Plaintiff's competitors special services or privileges that are not extended to Plaintiff, such as favoring Plaintiff's competitors in favorably allocating supply-limited types of liquor to those competitors, while withholding them from Plaintiff.

**FIRST CLAIM FOR RELIEF**
**(California Unfair Practices Act, Cal. Bus. & Prof. Code § 17045)**

10. Plaintiff hereby re-incorporates and re-alleges all the preceding paragraphs as if fully set forth herein.

11. The pricing, discounts, rebates, and other promotional allowances offered by Southern to Plaintiff's competitors were secret and undisclosed to Plaintiff. On information and belief, Southern takes elaborate steps to conceal that information from Plaintiff, including by instructing its sales staff not to disclose those terms.

12. In addition, Southern withholds certain privileges that it affords to Plaintiff's competitors, such as giving those competitors first dibs on various liquors that are only available in limited quantities.

13. The effect of Southern's secretive actions has been to injure Plaintiff in its business and ability to compete.

14. Plaintiff is entitled to an injunction against Southern's secretive practices, and to recover the attorneys' fees it incurs in proving its claims.

**SECOND CLAIM FOR RELIEF**
**(California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200)**

15. Plaintiff hereby re-incorporates and re-alleges all the preceding paragraphs as if fully set forth herein.

16. Southern's actions are in violation of the California Unfair Practices Act, and therefore constitute unlawful and unfair conduct within the meaning of California's unfair competition law.

17. Plaintiff is entitled to restitution of the amounts it overpaid for liquor compared to its competitors over the preceding four years, and is further entitled to injunctive relief under California's unfair competition law.

## PRAYER

**WHEREFORE**, Plaintiff prays for judgment as follows:

1. For judgment against Defendant Southern Glazer's Wine and Spirits, LLC;
2. For compensatory and treble damages;
3. For restitution;
4. For permanent injunctive relief;
5. For attorneys' fees;
6. For costs; and
7. For such other and further relief as the Court deems just and proper.

Dated: June 18, 2022                COHEN LAW FIRM, LLC


By:   *Seth T. Cohen*
      Seth T. Cohen
      Attorney for Plaintiff