# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMA MIKHA, INC. (d/b/a, NEWPORT WINE & SPIRIT); NMRM, INC. (d/b/a SUNSET MARKET & LIQUOR); M&Y FAMILY, INC. (d/b/a MIKE'S LIQUOR & MARKET); F&D SANTEE MARKET, INC. (d/b/a SANTEE MARKET & LIQUOR); and TIMES MARKET AND LIQUOR, INC.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>SOUTHERN GLAZER'S WINE AND SPIRITS, LLC,<br><br>　　　Defendant. | Case No.: 8:22-CV-01187-FWS-ADS<br><br>Judge: Fred W. Slaughter<br><br>**[PROPOSED] ORDER STAYING CASE PENDING OUTCOME OF REMAINING ARBITRATIONS** |

1. Having reviewed and considered the Parties' Joint Status Report Re: Parties' Proposed Plan for Next Steps, and for the good cause demonstrated and provided therein, the Court **STAYS** this action as to all parties and claims, pending the outcome of the arbitrations that have been filed by Plaintiffs Roma Mikha, Inc.; NMRM, Inc.; F&D Santee Market, Inc., and Times Market and Liquor, Inc.

**IT IS SO ORDERED.**

Dated:

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1

**[PROPOSED] ORDER STAYING CASE PENDING OUTCOME OF REMAINING ARBITRATIONS**